THE STATE OF NEVADA, Appellant, *v.*
TYRONE HAVAS, Respondent.

No. 8950

February 3, 1977                           559 P.2d 1185

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *Rimantas A. Rukstele,* Deputy District Attorney, Clark County, for Appellant.

*Earl Gripentrog,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

On the authority of, and for the same reasons stated in, State v. Maes, 93 Nev. 49, 559 P.2d 1184 (1977), we, *sua sponte,* reverse the order of the district court which dismissed the indictment against Tyrone Havas. The district court is directed to reinstate the indictment, forthwith.